Margaret H. STROWSKI,
Plaintiff–Appellant,

v.

COMMISSIONER OF SOCIAL
SECURITY, Defendant–
Appellee.

No. 00–55835.

D.C. No. CV–99–05247–DDP.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

## MEMORANDUM[2]

Margaret H. Strowski appeals pro se the district court's summary judgment affirming the Commissioner of Social Security's denial of supplemental security income benefits. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review de novo the district court's summary judgment upholding the Commissioner's denial of benefits. *Moncada v. Chater,* 60 F.3d 521, 523 (9th Cir.1995) (per curiam). This Court must affirm if substantial evidence supports the findings of the Administrative Law Judge ("ALJ")

and that the ALJ applied the correct legal standards. *Id.*

Upon de novo review of the record, we affirm for the reasons stated in the magistrate judge's Report and Recommendation in a Social Security Case filed on February 7, 2000, and adopted by the district court on March 20, 2000.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

